IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALVIN BROWN, <br><br> Plaintiff, <br><br> v. <br><br> DONALD J. TRUMP, in his Official Capacity as President of the United States, *et al.*, <br><br> Defendants. | Civil Action No. 25-1764 (DLF) |

## NOTICE

Defendants submit this Notice to inform the Court that on March 6, 2026, President Trump removed J. Todd Inman from his position as a Member of the National Transportation Safety Board.

Dated: March 12, 2026

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

CHRISTOPHER R. HALL
Assistant Director, Federal Programs Branch

*/s/ Jeremy S.B. Newman*
JEREMY S.B. NEWMAN
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 532-3114
Fax: (202) 616-8470
Email: jeremy.s.newman@usdoj.gov

*Attorneys for Defendants*