**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ALVIN BROWN,<br><br>      *Plaintiff*,<br><br>vs.<br><br>DONALD J. TRUMP, *et al.*,<br><br>      *Defendants.* | Case No.: 1:25-cv-01764-DLF |
| ALVIN BROWN,<br><br>      *Petitioner*,<br><br>vs.<br><br>JOHN DELEEUW,<br><br>      *Respondent.* | Case No.: 1:26-cv-01249-DLF |
| ROBERT E. PRIMUS,<br><br>      *Plaintiff*,<br><br>vs.<br><br>DONALD J. TRUMP, *et al.*,<br><br>      *Defendants.* | Case No.: 1:25-cv-03521-DLF |

**MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE
NATIONAL URBAN LEAGUE IN SUPPORT OF PLAINTIFFS**

Pursuant to Local Rule 7(o) of this Court, proposed Amicus the National Urban League, by and through undersigned counsel, respectfully moves this Court to grant it leave to file the amicus curiae brief attached hereto as Exhibit A in support of: (1) Plaintiff/Petitioner Alvin Brown's combined reply in support of his motion for summary judgment and opposition to

1

Defendants' and Respondent's motions to dismiss in *Brown I* and *Brown II*; and (2) Plaintiff Robert Primus's opposition to Defendants' motion to dismiss (Mr. Brown and Mr. Primus together, Plaintiffs).[1]

In support of this motion, proposed Amicus states as follows:

1.    The National Urban League is a civil rights organization that for 116 years has been dedicated to helping African Americans and historically underserved people achieve their highest potential, self-reliance, power, civil rights, and social parity.  Given its dedication to economic empowerment, racial equality, and social justice, Amicus is concerned about the Administration's unequal treatment of Black people.  Amicus therefore has an interest in the above-captioned disputes, in which Mr. Brown and Mr. Primus allege that President Trump's removals of them from the National Transportation Safety Board and Surface Transportation Board, respectively, were racially discriminatory in violation of the Fifth Amendment.  *Brown I*, First Am. Compl. (FAC) ¶¶ 58–63 (Dkt. 25); *Primus*, FAC ¶¶ 63–68 (Dkt. 15).[2]

---

[1] Per this Court's July 3, 2026 Minute Order, on July 29, Defendants and Respondent filed the same brief—a combined Memorandum of Law in Opposition to Plaintiff's Motion for Partial Summary Judgment in *Brown I*, in Support of Defendants' Motion to Dismiss the First Amended Complaint in *Brown I*, and in Support of Respondent's Motion to Dismiss the Petition in *Brown II*—in both of Mr. Brown's cases.  *See* Dkt. 36, Case No. 1:25-cv-01764 (*Brown I*); Dkt. 15, Case No. 1:26-cv-01249 (*Brown II*).  Defendants also filed a motion to dismiss Mr. Primus's case.  *See* Dkt. 23, Case No. 1:25-cv-03521 (*Primus*).  Per the same Minute Order, by August 12, Mr. Brown will file a combined reply in support of his motion for summary judgment and opposition to Defendants' and Respondent's motions to dismiss in both of his cases, and Mr. Primus will file an opposition to Defendants' motion to dismiss his case.

[2] The issues concerning the legality of Mr. Brown's removal are the same in *Brown II* as in *Brown I*; *Brown II*, in which Mr. Brown is petitioning this Court for a writ of quo warranto, was brought only to address a potential remedial issue.  *See Brown II*, Pet. ¶ 5.  Given the overlap in legal issues underlying *Brown I* and *Brown II*, the parties sought, and this Court granted, combined motion to dismiss briefing in the two cases.  *See Brown I*, JSR (Dkt. 22); *Brown I*, Minute Order, July 3, 2026.  As such, Amicus seeks to file its proposed brief alongside Mr. Brown's combined brief in both of his cases, in addition to in *Primus*, which covers many of the same issues as *Brown I*.

2.    "Courts have wide discretion in deciding whether to grant a third party leave to file an amicus brief." *WildEarth Guardians v. Zinke*, 368 F. Supp. 3d 41, 58 (D.D.C. 2019) (citations omitted).  An amicus brief is appropriate "if it will assist the judge 'by presenting ideas, arguments, theories, insights, facts or data that are not to be found in the parties' briefs." *Mashpee Wampanoag Tribe v. Bernhardt*, 2020 WL 2615523, at *1 (D.D.C. May 22, 2020) (citation omitted).  Amicus's brief demonstrates how the removals of Mr. Brown and Mr. Primus are consistent with a pattern of hostility toward Black officials and Black people in general in the current Administration.  By situating the above-captioned disputes in the broader context of this Administration's actions, Amicus provides "unique information or perspective" to "help the [C]ourt beyond the help that the lawyers for the parties are able to provide."  *Washington All. of Tech. Workers v. U.S. Dep't of Homeland Sec.*, 518 F. Supp. 3d 448, 453 n.2 (D.D.C. 2021) (alteration in original), *aff'd sub nom. Washington All. of Tech. Workers v. United States Dep't of Homeland Sec.*, 50 F.4th 164 (D.C. Cir. 2022).

3.    Granting leave will not prejudice any party here.  Amicus has provided notice to all parties of record in the above-captioned cases of its intent to file an amicus curiae brief.  Plaintiffs consent to Amicus's filing of the attached amicus curiae brief, and Defendants in *Brown I* and *Primus* and Respondent in *Brown II* do not oppose the motion for leave to file an amicus brief. Moreover, Amicus does not intend to submit affidavits or declarations, participate in discovery, or proffer any experts, so there is no danger that Amicus's participation will complicate or delay the ordinary course of Plaintiffs' cases.

4.    No party's counsel authored the proposed amicus curiae brief in whole or in part, no party or party's counsel contributed money intended to fund the preparation or submission of

the brief, and no person other than Amicus and its counsel contributed money intended to fund the preparation or submission of the brief.

5.    A proposed order granting the requested relief is attached hereto as Exhibit B.

## CONCLUSION

For the foregoing reasons, Amicus respectfully request that this Court grant its motion for leave to file the brief of amicus curiae filed herewith.

Dated:  August 12, 2026

/s/ *Kathleen Shelton*
Kathleen Shelton (DC Bar No. 1619066)
Clayton L. Bailey (DC Bar No. 1644867)
Margaret (Emmy) Wydman (DC Bar No. 90007646)
**Civil Service Law Center LLP**
1455 Pennsylvania Ave NW, Suite 400
Washington, DC 20004
(202) 505-7920
kshelton@civilservicellp.com
cbailey@civilservicellp.com
ewydman@civilservicellp.com

*Counsel for Amicus*