# Exhibit B

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ALVIN BROWN,<br><br>   *Plaintiff,*<br><br> vs.<br><br>DONALD J. TRUMP, *et al.*,<br><br>   *Defendants.* | Case No.: 1:25-cv-01764-DLF |
| ALVIN BROWN,<br><br>   *Petitioner,*<br><br> vs.<br><br>JOHN DELEEUW,<br><br>   *Respondent.* | Case No.: 1:26-cv-01249-DLF |
| ROBERT E. PRIMUS,<br><br>   *Plaintiff,*<br><br> vs.<br><br>DONALD J. TRUMP, *et al.*,<br><br>   *Defendants.* | Case No.: 1:25-cv-03521-DLF |

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE AMICUS BRIEF**

Before this Court is the National Urban League's Motion for Leave to File an Amicus Brief in support of Plaintiffs' and Petitioner's oppositions to Defendants' and Respondent's motions to dismiss. It is hereby **ORDERED** that the Motion (Dkt. __) is GRANTED. The Clerk of Court is directed to file the brief, which was attached to the Motion as Exhibit A, on the docket.

1

SO ORDERED.

This _____ day of _____, 2026.

_____
THE HONORABLE DABNEY L. FRIEDRICH
UNITED STATES DISTRICT JUDGE

2