**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ALVIN BROWN,

*Plaintiff,*

v.

DONALD J. TRUMP, *et al.*,

*Defendants.*

No. 25-cv-01764 (DLF)

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that Brown's Motion for Partial Summary Judgment, Dkt. 35, is **DENIED**. It is

**FURTHER ORDERED** that the defendants' Motion to Dismiss, Dkt. 36, is **GRANTED**. Accordingly, Count I of the amended complaint is dismissed with prejudice, and Count II is dismissed without prejudice.

**SO ORDERED.**

DABNEY L. FRIEDRICH
United States District Judge

October 31, 2026